Case 7:21-cv-00130   Document 13   Filed on 08/06/21 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 06, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| BENJAMIN TAMEZ, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 7:21-CV-130 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this day came to be heard the Joint Stipulation of Dismissal of Plaintiffs Benjamin Tamez and Myrna Gomez (hereinafter "Plaintiffs") and Defendant Allstate Vehicle and Property Insurance Company (hereinafter "Defendant") to dismiss any and all claims brought by Plaintiffs against any and all Defendants. Upon consideration of the Joint Stipulation, the Court is of the opinion that said Joint Stipulation should be, and hereby is, GRANTED in all respects.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that any and all claims of Plaintiffs against Defendant are dismissed, with prejudice, to the rights of Plaintiffs to re-file same or any part thereof.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all court costs be taxed against the party incurring same. Any relief not expressly granted herein is DENIED.

SO ORDERED this 6th day of August, 2021, at McAllen, Texas.

_____
Randy Crane
United States District Judge